UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEWAY VISTA II,<br><br>    Plaintiff,<br><br>    v.<br><br>CICILY BRANCH,<br><br>    Defendant. | Case No. 16-cv-00790-JSW<br><br>**ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO REMAND AND CONFIRMING BRIEFING SCHEDULE ON EX PARTE APPLICATION**<br><br>Re: Docket Nos. 5, 16, 19 |

    This case originally was assigned to Chief Magistrate Judge Joseph C. Spero. On February 19, 2016, while the case was still assigned to Chief Magistrate Judge Spero, Plaintiff filed a motion to remand. (Docket No. 5.) Under the Northern District Civil Local Rules, the opposition to the motion would have been due on March 4, 2016, and the reply would have been due on March 11, 2016.

    On March 1, 2016, the case was reassigned to the undersigned judge. The parties were ordered to re-notice all motions for hearing before the judge to whom the case has been reassigned. However, instead of re-noticing the motion, Plaintiff re-filed the motion to remand. This resulted in the erroneous generation of a revised schedule for the briefing of the motion to remand. Additionally, Plaintiff selected the wrong hearing time for the motion. This Court's civil law and motion calendar is held at 9:00 a.m. on Fridays.

    On March 1, 2016, Plaintiff filed an Application in which it asks the Court to *sua sponte* remand the action or to hear its motion to remand on shortened time. (Docket No. 19.) The Court construes that motion as a motion for administrative relief pursuant to Northern District Civil Local Rule 7-11. Defendant's opposition to that motion is due on **March 8, 2016.** *See* N.D. Cal. Civil L.R. 7-11(b); Fed. R. Civ. P. 6(d).

1    Pending a ruling on Plaintiff's Ex Parte Application for an Order to Shorten Time, the
2 motion to remand remains on calendar on **April 8, 2016, at 9:00 a.m.** in Courtroom 5, 2nd Floor,
3 Federal Courthouse, 1301 Clay Street, Oakland, California.
4    In light of the confusion caused by Plaintiff's re-filing the motion, and in light of
5 Defendant's pro se status, the Court HEREBY MODIFIES the briefing schedule on the motion to
6 remand.  Accordingly, pending a ruling on the motion for an order shortening time, **Defendant's**
7 **opposition to the motion to remand shall be due on March 9, 2016, and Plaintiff's reply shall**
8 **be due on March 16, 2016.**
9    The parties shall carefully review this Court's Civil Local Rules and standing orders and
10 comply with all such rules and orders.
11    **IT IS SO ORDERED.**
12 Dated: March 2, 2016

JEFFREY S. WHITE
United States District Judge