UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGEWAY VISTA II,<br><br>       Plaintiff,<br><br>  v.<br><br>CICILY BRANCH,<br><br>       Defendant. | Case No. 16-cv-00790-JSW<br><br>**ORDER GRANTING IN PART MOTION TO SHORTEN TIME**<br><br>Re: Docket Nos. 19 |

On March 1, 2016, Plaintiff filed a motion asking the Court to hear its motion to remand on shortened time. (Docket No. 19.) The Court previously construed that motion as a motion for administrative relief pursuant to Northern District Civil Local Rule 7-11, and Defendant's opposition was due on March 8, 2016. The Court has not received an opposition from the Defendant. The Court finds good cause to grant Plaintiff's motion, in part, and the Court shall advance the hearing on the motion to remand to **April 1, 2016 at 9:00 a.m.** If the Court finds that the motion can be resolved without oral argument, it will notify the parties in advance of the hearing date. **Defendant's opposition to the motion to remand remains due on March 9, 2016, and Plaintiff's reply remains due on March 16, 2016.**

      **IT IS SO ORDERED.**

Dated: March 9, 2016

JEFFREY S. WHITE
United States District Judge